# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-02340 |
| | ) | |
| **Katrina Bronstein,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | **Judge Janet Baer** |
| | ) | **Geneva, Illinois** |

## NOTICE OF MOTION

TO:   Katrina Bronstein, 1052 Devonshire Ave, Naperville, IL 60540 *via US mail*
        Trustee Glenn Stearns *via ECF clerk's electronic delivery system* AND
        See attached Service List

   YOU ARE HEREBY NOTIFIED that on June 7, 2019, at 9:30 am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Janet Baer, or any Judge sitting in her stead, in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois and then and there present the attached Motion to Modify Plan, at which time you may appear if you so deem fit.

                                                                    /s/ *David H. Cutler*

## PROOF OF SERVICE

   The undersigned, an attorney, certifies that he caused a copy of this notice and the attached Motion to be transmitted to the above-named Trustee via electronic court notice and to Edward Szymanski via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on May 8, 2019.


                                                                    /s/ *David H. Cutler*
                                                                    Attorney for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

```
A. Kent Yonke
100 W Roosevelt Road
Building A-4, Suite 205
Wheaton, IL 60187


Acceptance Now
5501 Headquarters Dr
Plano, TX 75024


Capital One
Po Box 30285
Salt Lake City, UT 84130


Cda/Pontiac
Attn:Bankruptcy
Po Box 213
Streator, IL 61364


Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850


City of Elgin
150 Dexter Court
Elgin, IL 60120


ComEd
3 Lincoln Center
Bankruptcy Section
Villa Park, IL 60181


Diversified Svs Group
Attention: Bankruptcy Department
1824 W Grand Ave - Suite 200
Chicago, IL 60622


Garden Quarter HOA
c/o Rage Property Management
1450 Plymouth Ln
Elgin, IL 60123


PennyMac Loan Services, LLC
Attn: Bankruptcy
Po Box 514357
Los Angeles, CA 90051
```

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 19-02340** |
| | ) | |
| **Katrina Bronstein,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge Janet Baer** |
| | ) | **Geneva, Illinois** |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Katrina Bronstein, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of this Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 28, 2019.

3. The Debtor's plan was confirmed on May 3, 2019.

4. The Debtor's plan was confirmed with a payment of $566 for 60 months with unsecured creditors receiving 100% of their unsecured claims.

5. However, the payments to the Trustee were listed incorrect due to a clerical error. Said payments were supposed to be $566 for 3 months and $678 for 57 months. The total payments were, therefore, supposed total $40,344.00.

6. Accordingly, the Debtor seeks to amend 2.1 of the plan to provide for payments of $566 for 3 months and $678 for 57 months. The plan base in section 2.5 of the plan should be increased to $40,344.00.

7. These changes are necessary to provide for payment to unsecured creditors at 100%

WHEREFORE, the Debtor prays for the following relief:

A. That this Court modify the Debtor's plan post-confirmation to amend 2.1 of the plan to provide for payments of $566 for 3 months and $678 for 57 months;

B. That this Court modify the Debtor's plan post-confirmation to amend the plan base in section 2.5 of the plan $40,344.00; and

C. For such other and further relief as this Court deems equitable and just.

Dated:  May 8, 2019                              Respectfully Submitted,


                                                 By:    /s/ David H. Cutler
                                                        David H. Cutler, esq.,
                                                        Counsel for Debtor(s):
                                                        Cutler & Associates, Ltd.
                                                        4131 Main St.
                                                        Skokie, IL 60076
                                                        Phone: (847) 673-8600